IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JACOB BLAIR SCOTT** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:21-cv-189-HSO-BWR |
| | § | |
| **VITAL CORE STRATEGIES, et al.** | § | **DEFENDANTS** |

**FINAL JUDGMENT**

BEFORE THE COURT is United States Magistrate Judge Bradley W. Rath's Report and Recommendation [132], entered on July 18, 2023. For the reasons given in the Order adopting the Report and Recommendation [132] and overruling Plaintiff Jacob Blair Scott's Objection [133], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Jacob Blair Scott's federal claims are **DISMISSED WITH PREJUDICE**, his state-law claims are **DISMISSED WITHOUT PREJUDICE**, and the above captioned civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of October, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE